*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  October 2, 2014          517095
_____

In the Matter of RALPH ALICEA,
                    Petitioner,

          v                                    MEMORANDUM AND JUDGMENT

BRIAN FISCHER, as Commissioner
    of Corrections and Community
    Supervision,
                    Respondent.
_____

Calendar Date:  August 4, 2014

Before:  McCarthy, J.P., Egan Jr., Lynch, Devine and Clark, JJ.

                  _____

        Ralph Alicea, Malone, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H.
Schiff of counsel), for respondent.

                  _____

        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of respondent which found petitioner
guilty of violating certain prison disciplinary rules.

        Determination confirmed.  No opinion.

        McCarthy, J.P., Egan Jr., Lynch, Devine and Clark, JJ.,
concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.


ENTER:


Robert D. Mayberger
Clerk of the Court